IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

PLAINTIFF 1, et al.,
    Plaintiffs,

vs.                                  Case No. 5:07cv194/RS/EMT

WASHINGTON COUNTY
SCHOOL BOARD,
    Defendant.
_____/

## O R D E R

This cause is before the court upon Defendant's Motion for Entry of Protective Order and Memorandum of Law (Doc. 41). Before the court rules on this matter, Plaintiffs shall have an opportunity to respond.

Accordingly, it is **ORDERED**:

Plaintiffs shall respond to Defendant's motion on or before **MONDAY, FEBRUARY 25, 2008**. Prior to responding, Plaintiffs shall fully review this court's "Order Concerning Discovery Disputes," which will be issued by separate order on today's date.

**DONE AND ORDERED** this 20th day of February 2008.

                                      /s/ *Elizabeth M. Timothy*
                                      **ELIZABETH M. TIMOTHY**
                                      **UNITED STATES MAGISTRATE JUDGE**